JS-6



# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et. al<br><br>Defendant. | No. CV 19-1719 SVW (Ex)<br><br>[Proposed]<br>**ORDER DISMISSING ACTION**<br><br>Honorable Stephen V. Wilson |

The Court has considered the Stipulation of Dismissal with Prejudice the parties filed.

THE COURT HEREBY ORDERS that this action, CV 19-1719 SVW (Ex), is dismissed in its entirety with prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: August 22, 2019



HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE